IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

SAMUEL RICARDO HATCHER, JR., )
)
    Petitioner, )
)
v. )   Civil Action No. 3:11CV579–HEH
)
GENE M. JOHNSON, )
)
    Respondent. )

## ORDER
### (Dismissing Action With Prejudice)

In accordance with the accompanying Memorandum Opinion, it is hereby ORDERED that the Report and Recommendation is ACCEPTED AND ADOPTED and the action is DISMISSED WITH PREJUDICE. The Clerk is DIRECTED to note the disposition of the action for purposes of 28 U.S.C. § 1915(g).

Should Petitioner desire to appeal, a written notice of appeal must be filed with the Clerk of the Court within thirty (30) days of the date of entry hereof. Failure to file a notice of appeal within that period may result in the loss of the ability to appeal.

The Clerk is DIRECTED to send a copy of the Memorandum Opinion and Order to Petitioner.

And it is SO ORDERED.

                                                        /s/
                                     HENRY E. HUDSON
Date: June 28, 2012             UNITED STATES DISTRICT JUDGE
Richmond, Virginia